UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SANDRA JEAN GRIMALDI                                                    PLAINTIFF

v.                                    No. 2:22-CV-02016

CASSIE JOHNSON, et al.                                               DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 9) from Chief United States Magistrate Judge Mark E. Ford.  No objections were filed and the deadline to object has passed. Following preservice screening under 28 U.S.C. § 1915A, the Magistrate recommends that only Plaintiff's individual capacity claim against Dr. Cruz for failure to diagnose or treat and Plaintiff's official capacity claims against Defendant Jimmy Dorney regarding the facility temperature and lack of access to additional blankets remain for further review, and all other claims against these two defendants should be dismissed without prejudice. The Magistrate further recommends that claims against separate Defendants Cassie Johnson and Brandon Hicks be dismissed without prejudice.  The Court has carefully reviewed the report and recommendation, which is proper and contains no clear error.  The report and recommendation is ADOPTED IN FULL.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendants Cassie Johnson and Brandon Hicks are DISMISSED WITHOUT PREJUDICE.  All claims other than the individual capacity denial of medical care claim against Dr. Cruz and the official capacity facility temperature claim against Defendant Dorney are DISMISSED WITHOUT PREJUDICE. Plaintiff's complaint otherwise remains pending and this case remains referred.

1

IT IS SO ORDERED this 7th day of April, 2022.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
U.S. DISTRICT JUDGE